UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEROY HANNA,<br><br>                    Plaintiff,<br><br>-against-<br><br>BRC JACK RYAN SHELTER,<br><br>                    Defendant. | 25-CV-5654 (LTS)<br><br>ORDER DIRECTING SIGNATURE |

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff brings this action *pro se*. The complaint and letters (ECF 5&6) that Plaintiff submitted are unsigned. Rule 11(a) of the Federal Rules of Civil Procedure provides that "[e]very pleading, written motion, and other paper must be signed . . . by a party personally if the party is unrepresented." Fed. R. Civ. P. 11(a); *see Becker v. Montgomery*, 532 U.S. 757, 764 (2001) (interpreting Rule 11(a) to require, "as it did in John Hancock's day, a name handwritten (or a mark handplaced)").

Plaintiff is directed to sign and submit the attached signature pages within 30 days of the date of this order. No summons or answer shall issue at this time. If Plaintiff complies with this order, the case shall be processed in accordance with the procedures of the Clerk's Office. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed without prejudice.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant

2

demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated:   August 27, 2025
        New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                           Chief United States District Judge

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| Dated | Plaintiff's Signature |
|---|---|
| First Name      Middle Initial | Last Name |
| Street Address | |
| County, City | State      Zip Code |
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes   ☐ No

    If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

1:25-cv-05654-UA                    8-1-25

Hanna v. Brc Jack Ryan Shelter

Two Amendment's i will Like to make

1. Changing my original claim from title 3 of The ADA Act into title 2 of The ADA Act

2. To add a tort claim to my case

1. intentional tort's
2. incident's which can be find on Page's 3-4-6
3. offensive contact which incident's can be find on Page's 1-2-3-4-5-6
4. intentional Infliction of emotional distress which incident's can be find on Page's 1-2-3-4-5-6
5. negligent tort's which incidents can be find on Page's 1-2-3-4-5-6 For careless or unreasonably conduct and for failing to exercise a degree of care
6. strict Liability tort's
7. Injunctive Relief and Punitive damages for exceptional cases where The defendant's conduct was particularly egregious in malicious
8. Because I'm seeing 60 million in compensatory damages

Page 3

1:25-cv-5654(UA)                           8-11-25
Hanna v. BRC Jack Ryan Shelter

BRC operational failure's Part 3

1. Recently They Just Promoted a caucasian female who i believe have some type of Family connection's to BRC - who i witness Leave her post on The 8th Floor for hour's at a time even Though I'm Living with individuals Like The one Label by The New York Post The blue hair Pervert which Lead's me to question how much BRC and it's staff really care's about client's safety and well-being. And Look into the death's that took Place at This Facility from The illicit drug's activity taking Place on Aug 8 25 Around 1:23 Am i witnessed a supervisor walk Past a drug transaction with Just commenting on The exchange of money and moving on.

2. I would Like to highlight the need For Audit's on multiple Level's Against BRC concerning All 911 call's From This Facility and The reason behind Them